MHN

RECEIVED
3-27-2008
MAR 27 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Plaintiff(s)

CHARLES I. THOMAS

v.

CIRCUIT COURT OF COOK COUNTY
DOMESTIC RELATION DIVISION
                Defendant(s)

08CV1783
JUDGE LEINENWEBER
MAGISTRATE JUDGE NOLAN

## COMPLAINT

### JURISDITIONAL STATEMENT

      PLAINTIFF, CHARLES I. THOMAS, SUBMITS BEFORE THIS COURT WHEREBY HE HAS BEEN DENIED "EQUAL PROTECTION OF LAW, AND DUE PROCESS OF LAW", UNDER 42 U.S.C.1983, AND THE 14th AMENDEDMENT TO THE UNITED STATES CONSTITUTION...

      FURTHER JURISDICTION IS BASED ON THE FACT WHERE PLAINTIFF IS CHARGING THE DEFENDANT, THE CIRCUIT COURT OF COOK COUNTY, WITH CORRUPTION BEING IMPOSED UPON THE PLAINTIFF BECAUSE OF HIS RACE, COLOR, AGE, DISABILITY AND AMONG OTHER THINGS... AS FOLLOWS;

    I.    ON OCTOBER 3rd 2007, THE PLAINTIFF FILED WITH COOK COUNTY STATE'S ATTORNEY OFFICE, AND THE CIRCUIT COURT OF COOK COUNTY, DOMESTIC RELATION DIVISION, A "PETITION REQUESTING FOR AN ORDER TO CEASE THE THEFT OF HIS FUNDS TAKEN FROM HIS SOCIAL SECURITY DISABILITY INCOME".

    2.    PLAINTIFF HAS ATTACHED HEREWITH THE ABOVE NAMED PETITION TO WHICH IS IN WORDS AND FIGURES, AND THE SAME "PETITION" CLEARLY DESCRIBES WHERE HE HAS FULLY COMPLETED THE PAYMENTS OF HIS ALLEGED "CHILD SUPPORT DEBT". THESE PAYMENTS BASE MAINLY UPON THE

STIPEND THAT HE RECEIVED WHILE WORKING FOR "VISTA" - WHICH IS A FEDERAL ORGANIZATION THAT CLEARLY MEANS TO "VOLUNTEER IN SERVICES TO AMERICA". PLAINTIFF SUBMITS ALSO THAT HIS SUPERVISOR'S OFFICE IS DIRECTLY ACROSS THE STREET FROM THIS FEDERAL DISTRICT COURT BUILDING, WHICH CONTAINS THE "SOCIAL SECURITY OFFICE" AND MANY OTHER FEDERAL AUTHORITIES.

3. HOWEVER, THE DEFENDANT IN THIS CASE HAS DELIBERATELY IGNORED THE PLAINTIFF'S PETITION FOR RELIEF, WHILE ARROGANTLY REFUSES ANY RESPONSES, OR HEARINGS, OR DISPOSITIONS THAT WOULD BE KNOWLEDGEABLE TO THE PLAINTIFF. WHILE KNOWINGLY TO CONTINUE TO DEPRIVE THE PLAINTIFF OF HIS "PAYMENTS FROM HIS DISABILITY INCOME, WHEREAS THE PLAINTIFF HAS CLEARLY ESTABLISHED WHERE HE IS NO LONGER IN "DEBT" TO THE "STATE COURT'S ORDERS THAT WERE ENTERED ON AUGUST 5th 2003 AND MARCH 27th 2005 WHICH WAS THE GARNISHMENT ORDER ENTERED.

4. PLAINTIFF WAS INFORMED BY THE "SOCIAL SECURITY ADMINISTRATION" ON MARCH 25th 2008, THAT THE DEFENDANT HAS NOT SENT THEM ANY "ORDER" TO CEASE THE DEPRIVAL OF PLAINTIFF'S FIFTY DOLLARS ($50) A MONTH INCOME FOR THE ALLEGED CHILD SUPPORT PAYMENTS WHICH NO LONGER "EXIST".

((THE DEFENDANT WAS GIVEN TWENTY (20) DAYS TO ANSWER, WHILE A HALF OF YEAR HAS PASSED AND THE PLAINTIFF'S PETITION HAS BEEN TOTALLY IGNORED))

5. THE DEFENDANT MOVED RAPIDLY TO ENTER ORDERS AGAINST THE PLAINTIFF, BUT HAS NOW ACQUIRED INFECTIOUS MOVEMENT TO CORRECT THE INCORRECTNESS OF "INJUSTICE"... WHEREFORE, THE PLAINTIFF REQUESTS THIS HONORABLE COURT FOR FEDERAL INTERVENTION.

RESPECTFULLY SUBMITTED

*Charles Thomas*

CHARLES I. THOMAS - PRO SE
4459 SOUTH INDIANA AVENUE
CHICAGO, ILLINOIS 60653
(773) 987-8783

ATTACHED
EX. A-1
EX. A-2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN, DIVISION

CERTIFICATE OF SERVICES)
AND SWORN AFFIDAVIT      )SS

YOUR PLAINTIFF, CHARLES I. THOMAS, HAS FULLY COMPLIED WITH ALL OF THE NECESSARY REQUIREMENTS OF THIS FEDERAL COURT BY SUBMITTING TO THE HONORABLE CLERK OF THIS COURT ALL OF THE REQUIRED DOCUMENTS THAT ARE REQUESTED.

HE FURTHER SUBMITS THAT THE "COMPLAINT" AND ALL OF ITS ATTACHMENTS ARE PRESENTED IN "GOOD FAITH", AND THAT THE SAME ARE IN PROPER ORDER AND ACCURACY TO THE BEST OF HIS KNOWLEDGE AND BELIEF.

IN FURTHERANCE, HE WISHES THIS COURT TO FIND OUT WHO IS THE PERSON OR PERSONS WHICH ARE "POCKETING HIS SOCIAL SECURITY INCOME EACH MONTH" WHILE THE SAME IS BEING ARBITRARILY DENIED TO THE PLAINTIFF.

*Charles Thomas*
CHARLES I. THOMAS, PRO SE
4459 SOUTH INDIANA AVENUE
CHICAGO, ILLINOIS 60653-3217
(773) 987-8783

UNDER THE LAWS OF PERJURY
HE HAS SUBSCRIBED AND SWORN
TO THE FOREGOING INFORMATION
ON THIS __27th__ DAY OF __Mar__ 2008, A.D.

```
U.S. POSTAL SERVICE            CERTIFICATE OF MAILING
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT
PROVIDE FOR INSURANCE-POSTMASTER

Received From:   CHARLES THOMAS

4459 SOUTH INDIANA AVE., 2nd Fl
CHICAGO, ILLINOIS 60653-3217

One piece of ordinary mail addressed to: STATE'S ATTORNEY
OF COOK COUNTY, CHILD SUPPORT
ENFORCEMENT DIVISION, 28 NORTH
CLARK STREET - SUITE - 300
CHICAGO, ILLINOIS 60602

PS Form 3817, January 2001
```

```
U.S. POSTAL SERVICE            CERTIFICATE OF MAILING
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT
PROVIDE FOR INSURANCE-POSTMASTER

Received From:   CHARLES THOMAS

4459 SOUTH INDIANA AVE., 2nd Fl
CHICAGO, ILLINOIS 60653-3217

One piece of ordinary mail addressed to: CLERK OF CIRCUIT
COURT, DOMESTIC RELATION DIVISION
32 WEST RANDOLPH STREET - RM 1350
CHICAGO, ILLINOIS 60601

PS Form 3817, January 2001
```

Ex. R-1

```
                    Henry W. McGee Station
                       Chicago, Illinois
                          608539998
                       1615420151-0095
          10/03/2007  (773)924-9222  02:37:46 PM
          ==========================================
          ================= Sales Receipt =========
          Product           Sale  Unit      Final
          Description       Qty   Price     Price
          ------------------------------------------
          CHICAGO IL 60602                  $1.14
          Zone-0 First-Class
          Large Env
             3.00 oz.
                                          ========
            Issue PVI:                      $1.14

          Certificate        1   $1.05      $1.05
          of Mailing
          CHICAGO IL 60601                  $1.65
          Zone-0 First-Class
          Large Env
             5.50 oz.
                                          ========
            Issue PVI:                      $1.65

          Certificate        1   $1.05      $1.05
          of Mailing
                                          ========
          Total:                            $4.89

          Paid by:
          Cash                             $10.89
          Change Due:                      -$6.00

          Order stamps at USPS.com/shop or
          call 1-800-Stamp24.  Go to
          USPS.com/clicknship to print
          shipping labels with postage.  For
          other information call
          1-800-ASK-USPS.

          Bill#:1000500323968
          Clerk:09

          All sales final on stamps and postage.
          Refunds for guaranteed services only.
              Thank you for your business.
          ****************************************
          ****************************************
               HELP US SERVE YOU BETTER

             Go to: http://gx.gallup.com/pos

             TELL US ABOUT YOUR RECENT
                 POSTAL EXPERIENCE

                YOUR OPINION COUNTS
          ****************************************
          ****************************************

                       Customer Copy
```

CIRCUIT COURT OF COOK COUNTY
DOMESTIC RELATION DIVISION

Ex. A-2

CECILIA THOMAS
PETITIONER
   ON BEHALF OF
BATHSHEBA PENDLETON

DOCKET NO.
85D061551

V

CHARLES THOMAS
RESPONDENT

IV-D NO.
C005I4559
CAL "R"

## ORDER-ARREARS BE READJUST & DISMISSED

THE RESPONDENT MOVES THIS COURT LEAVE TO FILE THIS ACTION AS A "POOR PERSON", WHILE ALSO DEMANDING THE DISMISSAL OF THE ABOVE ORDER, AND ANY FURTHER HARASSMENT AND THEFT OF "CHILD SUPPORT PAYMENTS" AND RESTORE TO THE RESPONDENT ALL "CREDIT DEGRADATION" AND THE MONEY THAT IS OWED TO HIM BY THEIR ARBITRARY OVER SIGHT AND DELIBERATE IGNORANCE AND RACISM, OR HE SHALL SEEK RELIEF IN THE FEDERAL COURT.

I) RESPONDENT SAYS THAT HIS ALLEGED DEBT OF ($11,466.92) HAS BEEN PAID,  SEE EXHIBITS 1, THRU 12, AS FOLLOWS:

MONEY ORDERS SENT, EX. 1, 2, 3, 4, 5, 6, 7, WHICH EQUALS TO $2,566.92

TAX RETURN TAKEN, SEE EXHIBIT 8, IN THE AMOUNT OF $1,482.00

SPECIAL MONEY ORDER SENT, SEE EXHIBIT 9, IN THE AMOUNT OF $6,000.00

GARNISHMENT BY THIS COURT, SEE EXHIBITS 10 & 11

THAT WAS ENTERED AGAINST RESPONDENT' DISABILITY INCOME
WHERE THE SUM OF $50 EACH MONTH BE DENIED HIM SINCE MARCH, 2005
WHICH EQUALS
       TO $1,600.00 AS OF OCTOBER 2007.

2) RESPONDENT SAYS THAT THIS ACTION IS RACIALLY MOTIVATED AND SHOULD THEREBY BE CORRECTED BY THIS COURT WHO ENTERED THE ORDERS.

3) RESPONDENT SAYS THAT THIS ACTION OF OVERSIGHT IS PERSONAL AND REVENGEFUL BECAUSE OF HIS PREVIOUS RELATIONSHIP WITH THE FEDERAL COURT IN CHICAGO.

4) RESPONDENT SAYS THAT THIS ACTION OF "OVERSIGHT" IS SPITEFUL, ARBITRARY, AND KNOWINGLY EXECUTED ON GROUNDS OF HIS DISABILITY, AGE, AND THE COLOR OF HIS SKIN AS BEING "BLACK"... YOU ARE USING THE LAW AS A CLUB TO(B)LUDGEON THE WEAK AND DISABLE ON BASIS OF RACE, COLOR, AGE ET INTER ALLi WHICH IS THE USUAL PRACTICE OF "WHITE" CROOKED STATE OFFICIALS.

       RESTORE TO HIM WITHIN (20) DAYS ALL THAT
       WHICH IS REQUIRED TO HIM BY LAW...

EXHIBITS ATTACHED
AND PROOF OF SERVICE:
ALSO PAUPERIS AFFIDAVIT:

*[signature: Charles Thomas]*
CHARLES THOMAS
4459 SOUTH INDIANA AVE., 2nd Fl
CHICAGO, ILLINOIS 60653-3217

PROOF OF SERVICES)
COUNTY OF C O O K )ss

       I HEREBY SUBMIT (2) COPIES OF THIS COMPLAINT PREFACED HEREWITH TO THE CLERK OF THE CIRCUIT COURT, DOMESTIC RELATION DIVISION, 32 WEST RANDOLPH STREET - ROOM 1350 - CHICAGO, ILLINOIS 60601

       AND (1) COPY TO THE STATE'S ATTORNEY OF COOK COUNTY, CHILD SUPPORT ENFORCEMENT DIVISION, 28 NORTH CLARK STREET - SUITE 300 - CHICAGO, ILLINOIS 60602

       BY U.S. POST OFFICE, AND PREPAID THE COSTS FOR EACH NAMED DELIVERY ON THIS _3rd_ DAY OF _Oct_ 2007.

CHARLES THOMAS - PRO SE
4459 SOUTH INDIANA AVE., 2nd Fl.
CHICAGO, ILLINOIS 60653-3217

STATE OF ILLINOIS) ) ss
COUNTY OF C O O K)

### AFFIDAVIT

I AM CHARLES THOMAS THE UNDERSIGNED AFFIANT AND PRESENTS TO THIS COURT THAT I AM POVERTY STRICKEN WITHOUT THE PROPER FUNDS FOR COURT COSTS,

AND THEREFORE, I AM ENTITLED TO SUBMIT MY COMPLAINT WHICH SUBSTANTIALLY ESTABLISHS A CAUSE OF ACTION THAT REQUIRES THIS COURT" ATTENTION.

WHEREFORE, HAVING ATTACHED EVIDENCE TO SUPPORT MY COMPLAINT, AND THE FACT THAT I AM ON A FIXT INCOME OF DISABILITY (WHICH YOU ALREADY KNOW) I SHOULD BE ABLE TO RECEIVE JUSTICE IN THIS CASE.

I SUBMIT FURTHER THAT THIS COMPLAINT AND EXHIBITS ARE IN WORDS AND FIGURES WHICH ARE TRUE AND CORRECT TO MY BEST KNOWLEDGE AND BELIEF.

I HEREBY SWEAR UNDER PENALTY FOR PERJURY ON THIS 3rd DAY OF OCTOBER 2007.

CHARLES THOMAS
4459 SOUTH INDIANA AVE., 2nd Fl
CHICAGO, ILLINOIS 60653-3217



**PERSONAL MONEY ORDER**

**ShoreBank**
CHICAGO, ILLINOIS 60649

DATE 03/25/04

741192423
10-86
220

PAY TO THE ORDER OF ILLINOIS STATE DISBURSEMENT UNIT – DOCKET NO. I985D006I55I

***THREE HUNDRED and 00/100***USDollars

SIGNATURE *Charles I. Thomas*
CHARLES I. THOMAS

NOT VALID OVER $1000.00

Issued By Integrated Payment Systems Inc., Englewood, Colorado
To Citibank (New York State); Buffalo, N.Y.

ADDRESS  4459 SOUTH INDIANA
(CHILD SUPPORT)

⑈ 140 282 ⑈  ⑆022000868⑆  6800741192423 ⑈

THE VARIABLE TONE BACKGROUND AREA OF THIS DOCUMENT CHANGES COLOR GRADUALLY AND SMOOTHLY FROM DARKER TONES AT BOTH TOP AND BOTTOM TO THE LIGHTEST TONE IN THE MIDD

*Illinois*    Jesse White - Secretary of State
NUMBER    ISSUED    EXPIRES
T20 1484-0351  01-02-01  12-10-04



DRIVERS LICENSE

CHARLES I THOMAS
4459 S INDIANA AVE
CHICAGO IL 60653

Birthdate 12-10-40    SS#
Male    5'09"  160 lbs    HZL Eyes
Restrictions    Type    Class
B    ORG    D

*Charles Thomas*

Ex. 1



**SHOREBANK**
CHICAGO, ILLINOIS 60649

**PERSONAL MONEY ORDER**

DATE 04/26/04

**715051826**

10-88
220

PAY TO THE ORDER OF ILLINOIS STATE DISBURSEMENT UNIT - DOCKET NO. I985D006I55I

***THREE HUNDRED and 00/100***USDollars

SIGNATURE [signature]

CHARLES I. THOMAS
ADDRESS 4459 SOUTH INDIANA

**NOT VALID OVER $1000.00**

Issued by Integrated Payment Systems Inc., Englewood, Colorado
To Citibank, N.A., Buffalo, NY

⑈ 14028 2⑈ ⑆022000868⑆ 680071505182 61⑈

(CHILD SUPPORT)

THE VARIABLE TONE BACKGROUND AREA OF THIS DOCUMENT CHANGES COLOR GRADUALLY AND SMOOTHLY FROM DARKER TONES AT BOTH TOP AND BOTTOM TO THE LIGHTEST TONE IN THE MIDDLE

---

**Illinois**

Jesse White - Secretary of State

NUMBER  ISSUED  EXPIRES
T520-1494-0351  01-02-01  **12-10-04**

CHARLES I THOMAS
4459 S INDIANA AVE
CHICAGO IL 60653

Birthdate 12-10-40  SS#
Male  5'09" 160 lbs  HZL Eyes
Restrictions  Type  Class
B   ORG  D

[signature]


DRIVERS LICENSE

Ex. 2



**PERSONAL MONEY ORDER**

**SHOREBANK**
CHICAGO, ILLINOIS 60649

771705094
10-88/220

DATE 05/24/04

PAY TO THE ORDER OF  ILLINOIS STATE DISBURSEMENT UNIT-DOCKET NO. 1985D006155

***THREE HUNDRED and 00/100***USDollars

SIGNATURE  *Charles Thomas*
CHARLES I. THOMAS

NOT VALID OVER $1000.00

Issued By Integrated Payment Systems Inc., Englewood, Colorado
To Citibank (New York State) Buffalo, N.Y.

ADDRESS  4459 SOUTH INDIANA

⑃140282⑃ ⑉022000868⑉ 680077170509450⑃

(CHILD SUPPORT)

THE VARIABLE TONE BACKGROUND AREA OF THIS DOCUMENT CHANGES COLOR GRADUALLY AND SMOOTHLY FROM DARKER TONES AT BOTH TOP AND BOTTOM TO THE LIGHTEST TONE IN THE MID

---

*Illinois*  Jesse White - Secretary of State

NUMBER  ISSUED  EXPIRES
1500-1494-0351  01-02-01  12-10-04

DRIVERS LICENSE

CHARLES I THOMAS
4459 S INDIANA AVE
CHICAGO IL 60653

Birthdate 12-10-40  SS#
Male  5'09" 160 lbs  HZL Eyes
Restrictions  Type  Class
B  ORG  D

*Charles Thomas*

Ex. 3



**SHOREBANK**
CHICAGO, ILLINOIS 60649

PERSONAL MONEY ORDER   715060294

DATE 08/03/04

PAY TO THE ORDER OF  ILLINOIS STATE DISBURSEMENT UNIT-DOCKET NO. I985D006I55

***THREE HUNDRED SIXTY SIX and 92/100***US Dollars

SIGNATURE  Charles Thomas

CHARLES I. THOMAS
ADDRESS  4459 SOUTH INDIANA

NOT VALID OVER $1000.00

Issued by Integrated Payment Systems Inc., Englewood, Colorado
To Citibank, N.A., Buffalo, NY

(CHILD SUPPORT)

⑆140282⑆ ⑈022000868⑈ 6800715060294 2⑉

---

**Illinois**   Jesse White – Secretary of State

NUMBER   ISSUED   EXPIRES
T520-1494-0351  01-02-01  12-10-04

DRIVERS LICENSE

CHARLES I THOMAS
4459 S INDIANA AVE
CHICAGO IL 60653

Birthdate 12-10-40   SS#
Male   5'09"  160 lbs   HZL Eyes
Restrictions   Type   Class
B            ORG    D

Ex. 4



**SHOREBANK** — CHICAGO, ILLINOIS 60649

**PERSONAL MONEY ORDER** 715067185

DATE 09/24/04

PAY TO THE ORDER OF ILLINOIS STATE DISBURSEMENT UNIT- DOCKET NO. I985D006I55I

***FOUR HUNDRED and 00/100***USDollars

NOT VALID OVER $1000.00

Issued by Integrated Payment Systems Inc., Englewood, Colorado
To Citibank, N.A., Buffalo, NY

SIGNATURE: Charles Thomas
CHARLES I. THOMAS
ADDRESS 4459 SOUTH INDIANA
(CHILD SUPPORT)

⑈140 28 2⑈ ⑉0 2 2000 8 68⑉: 6800 7 1506 7 1855 ⑈

---

**Illinois** — Jesse White - Secretary of State

NUMBER: T520-1494-0351
ISSUED: 01-02-01
EXPIRES: 12-10-04

**DRIVERS LICENSE**

CHARLES I THOMAS
4459 S INDIANA AVE
CHICAGO IL 60653

Birthdate 12-10-40  SS#
Male  5'09"  160 lbs  HZL Eyes
Restrictions  Type  Class
B  ORG  D



Ex. 5

**CUSTOMER'S RECEIPT** — UNITED STATES POSTAL SERVICE

KEEP THIS RECEIPT FOR YOUR RECORDS

PAY TO: ILL. STATE DISBURSEMENT UNIT
ADDRESS: P. O. BOX 5921
C.O.D. OR USED FOR: CAROL STREAM, ILL. 60197-5921

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION — NOT NEGOTIABLE

| SERIAL NUMBER | YEAR, MONTH, DAY | POST OFFICE | AMOUNT | CLERK |
|---|---|---|---|---|
| 03867614627 | 2004-11-01 | 506371 | $400.00 | 010 |

**POSTAL MONEY ORDER** — UNITED STATES POSTAL SERVICE

| SERIAL NUMBER | YEAR, MONTH, DAY | POST OFFICE | U.S. DOLLARS AND CENTS |
|---|---|---|---|
| 03867614627 | 2004-11-01 | 506371 | $$400 00¢ |

AMOUNT: FOUR HUNDRED DOLLARS & 00¢************

PAY TO: ILLINOIS STATE DISBURSEMENT UNIT
ADDRESS: P. O. BOX 5921
CAROL STREAM, ILL. 60197-5921
C.O.D. NO. OR DOCKET NO. 1985D006I55I

NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS
FROM: CHARLES THOMAS
ADDRESS: 4459 SOUTH INDIANA
CHICAGO, ILLINOIS 60653
(CHILD SUPPORT)
CLERK: 010

⑆000000800⑆: 03867614627⑈



Illinois — Jesse White - Secretary of State
NUMBER ISSUED 04-06-04  EXPIRES 12-10-14  ID CARD
CHARLES I THOMAS
4459 S INDIANA
CHICAGO IL 60653

Birthdate 12-10-40
Male  5'09"  155 lbs  GRAY Eyes
Type  Class
DISABLED  P10

Ex. 6



**CUSTOMER'S RECEIPT**

KEEP THIS RECEIPT FOR YOUR RECORDS

PAY TO: ILL. STATE DISBURSEMENT UNIT
ADDRESS: P. O. BOX 5921
C.O.D. OR USED FOR: CAROL STREAM, ILL. 60197-5921

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION
NOT NEGOTIABLE

SERIAL NUMBER: 04804438228
YEAR, MONTH, DAY: 2004-12-20
POST OFFICE: 606371
AMOUNT: $500.00
CLERK: 013

**UNITED STATES POSTAL SERVICE POSTAL MONEY ORDER**

SERIAL NUMBER: 04804438228
YEAR, MONTH, DAY: 2004-12-20
POST OFFICE: 606371
U.S. DOLLARS AND CENTS: $500.00¢

AMOUNT: FIVE HUNDRED DOLLARS & 00¢************

PAY TO: ILLINOIS STATE DISBURSEMENT UNIT
ADDRESS: P. O. BOX 5921
CAROL STREAM, ILL. 60197-5921
DOCKET NO. 1985D0061551

NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS
SEE REVERSE WARNING

FROM: CHARLES THOMAS
ADDRESS: 4459 SOUTH INDIANA
CHICAGO, ILLINOIS 60653
(CHILD SUPPORT)

CLERK: 013

:000000800 2: 04804438228:

---

**Illinois** — Jesse White - Secretary of State
NUMBER: T01-4940-...-1T
ISSUED: 04-06-04
EXPIRES: 12-10-14
**ID CARD**

CHARLES I THOMAS
4459 S INDIANA
CHICAGO IL 60653

Birthdate 12-10-40
Male  5'09" 155 lbs  GRAY Eyes
Type       Class
DISABLED   P10

Ex. 7



**DEPARTMENT OF THE TREASURY**
**FINANCIAL MANAGEMENT SERVICE**
**P.O. BOX 1686**
**BIRMINGHAM, ALABAMA 35201-1686**

THIS IS NOT A BILL - PLEASE RETAIN FOR YOUR RECORDS

02/18/05

THOMAS, CHARLES I
419 E 61ST ST
CHICAGO IL  60637-2324

Dear  THOMAS, CHARLES I:

As authorized by Federal law, we applied all or part of your Federal payment to a debt you owe. The government agency (or agencies) collecting your debt is listed below.

DIV OF CHILD SUPPORT ENFORCEMENT        TIN Num: 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
DATA GATHERING UNIT                     TOP Trace Num: A25333909
P.O. BOX 19152                          Acct Num: 342325162
SPRINGFIELD        IL  62794-9152       Amount This Creditor:    $1482.00
                                        Creditor: 01     Site: IL
800-447-4278
PURPOSE: Child Support

The Agency has previously sent notice to you at the last address known to the Agency. That notice explained the amount and type of debt you owe, the rights available to you, and that the Agency intended to collect the debt by intercepting any Federal payments made to you, including tax refunds.  If you believe your payment was reduced in error or if you have questions about this debt, you must contact the Agency at the address and telephone number shown above. The U. S. Department of the Treasury's Financial Management Service cannot resolve issues regarding debts with other agencies.

We will forward the money taken from your Federal payment to the Agency to be applied to your debt balance; however, the Agency may not receive the funds for several weeks after the payment date. If you intend to contact the Agency, please have this notice available.

*CA Wilson*
Charles A. Wilson
Department of the Treasury, Financial Management Service
(800) 304-3107
Telecommunications Device for the Deaf (TDD) (866) 297-0517

Ex. 8

**PAYMENT SUMMARY**
PAYEE NAME:   THOMAS, CHARLES I
PAYMENT BEFORE REDUCTION:        $1482.00             PAYMENT DATE: 02/18/05
TOTAL AMOUNT OF THIS REDUCTION:  $1482.00             PAYMENT TYPE: EFT



**OFFICIAL CHECK**

**SHOREBANK**
CHICAGO, ILLINOIS 60649

02/25/05

PAY ***SIX THOUSAND and 00/100***USDollars

TO THE ORDER OF  **** ILLINOIS STATE DISBURSEMENT UNIT- CHILD SUPPORT ****    ***6,000.00***

REMITTER: CHARLES THOMAS DOCKET NO. 1985D006I55I

DRAWER: SHOREBANK
BY [signature] Kimberly Broty
AUTHORIZED SIGNATURE

Issued by Integrated Payment Systems Inc., Englewood, Colorado
To Citibank, N.A., Buffalo, NY

⑆140282⑆ ⑈022000868⑈ 680073324169⑆

THE VARIABLE TONE BACKGROUND AREA OF THIS DOCUMENT CHANGES COLOR GRADUALLY AND SMOOTHLY FROM DARKER TONES AT BOTH TOP AND BOTTOM TO THE LIGHTEST TONE IN THE M

---

*Illinois*  Jesse White - Secretary of State

NUMBER  ISSUED  EXPIRES
5201-4940-351T  04-05-04  12-10-14   **ID CARD**

CHARLES T THOMAS
4459 S INDIANA
CHICAGO IL 60653

Birthdate 12-10-46
Male  5'09", 155 lbs.  GRAY Eyes
Type  Class
DISABLED  P10



Ex. 9

# Social Security Administration
# Retirement, Survivors, and Disability Insurance
Notice of Change in Benefits

Great Lakes Program Service Center
600 West Madison
Chicago, Illinois  60661

Date: March 27, 2005

Claim Number: 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 A

Charles I Thomas
4459 S Indiana
2nd Flr
Chicago, IL 60653

Dear Mr. Thomas:

This refers to an order of garnishment issued by the Cook Co Cir Clrk.

The effect of the garnishment order will be to withhold $50.00 a month for March 2005 and continuing until further order of the court. You will receive $460.00 for this period.

Under Section 459 of the Social Security Act (SSA), Social Security benefits may be garnished to enforce an individual's legal obligation to provide child support or alimony. However, it is not the function of SSA to raise any defenses in your behalf or represent you in this garnishment proceeding. Therefore, if you wish to challenge the implementation of this order, you must direct your appeal to the issuing court.

Sincerely yours,

Trudy A. Lewis
Assistant Regional Commissioner,
    Processing Center Operations

Ex. 10

# Social Security Administration
## Retirement, Survivors, and Disability Insurance
Notice of Change in Benefits

```
                        Great Lakes Program Service Center
                        600 West Madison
                        Chicago, Illinois  60661

                        Date: March 27, 2005
```

Cook Co Cir Clrk
IDPA - Division of Child Support Enforcement
201 South Grand Avenue East
Springfield, IL  62763

Gentlemen:

Re: Charles I Thomas   SSN: 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   Case No.: 1985D0061551/1703100

This is in response to the order of garnishment issued on March 2, 2005. Mr. Thomas is currently entitled to a monthly benefit of $510.00. The Social Security Administration is not indebted to Mr. Thomas since a benefit, which accrues monthly, is paid when due.

In compliance with the order, action has been taken to withhold $50.00 of Mr. Thomas's benefits beginning March 2005 and continuing until further order of the court. The garnished amount should be forwarded to you and should be received no later than the 15th of the month following the month in which it is attached.

                        Sincerely yours,

                        *Trudy A. Lewis* (signature)

                        Trudy A. Lewis
                        Assistant Regional Commissioner,
                          Processing Center Operations

Ex. 11

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
DOMESTIC RELATIONS DIVISION

Petitioner: Cecilia Thomas on behalf of Bathsheba Pendleton 11/28/04

v.

Respondent: Charles Thomas

Docket N°: 85D061551
IV-D N°: C00514559
CAL "R"

After Hearing
ORDER - ARREARS

THIS CAUSE coming to be heard on the matter of arrears both parties being advised that an arrearage exists in the amount of $11,466.92 as of 8/5/03 ; due notice being given and and [ ] Affidavit of mailing [ ] return receipt being filed with the court, respondent [X] ~~has~~ and Petitioner [X] (not) and State's Attorney [X] ~~has~~ being present, and the court being advised in the premises;

**IT IS HEREBY ORDERED:**

A judgment in the amount of $11,406.92 as of 8/5/03  $ -0- due petitioner, $11,466.92 due IDPA, is entered. The additional amount of $ 50.00 per [ ] week [ ] bi-weekly [X] month [ ] semi-monthly will be ~~withheld from~~ Respondent's paycheck to satisfy this judgment. A notice of withholding will issue instanter, which order will be effective [X] (immediately) on_____, to reflect this required payment. It is ordered to be served upon Respondent's employer immediately. ~~Support will terminate on_____. If the child is attending High School the Court may modify or extend support.~~ The temination date does not apply to any arrearage that may remain unpaid on the date.

The State's Attorney shall send notice to the Respondent by certified mail, return receipt, to all other parties by regular mail, and to the Respondent's employer by regular mail within 30 days. The State's Attorney shall file a returned receipt and affidavits of mailing with the court at the next hearing.

Respondent has thirty (30) days within which to vacate or amend this order.

NOTICE OF RIGHT TO REQUEST A JUDICIAL HEARING: You have a right to request a Judicial Hearing. If either party does not agree to the recommended Order or any part thereof, this case will be transferred for an immediate Judicial Hearing.

**THIS ORDER IS NOT VALID UNTIL SIGNED BY A JUDGE**
So recommended to the Court this 9th day of March, 2004

Hearing Officer's Signature

Petitioner's Signature

RICHARD A. DEVINE - 17052
State Attorney of Cook County
By: _____
Assistant State's Attorney
28 North Clark Street, Suite 300
Chicago, Illinois 60602 (312)345-2200

Respondent's Signature

Respondent's Attorney

ASSOCIATE JUDGE E. FERNANDEZ

ENTERED: MAR 09 2004

Circuit Court 1749

Judge's Signature          Code

Ex. 12

SAO 400-61 (rev 12/97)