MHN

APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: CHARLES I. THOMAS
(Please print)

STREET ADDRESS: 4459 SOUTH INDIANA AVENUE - 2nd Fl

CITY/STATE/ZIP: CHICAGO, ILLINOIS 60653-3217

PHONE NUMBER: ( 773) 987-8783

CASE NUMBER: 08CV1783
JUDGE LEINENWEBER
MAGISTRATE JUDGE NOLAN

_____        Mar 27th/08
Signature                      Date

FILED
MAR 27 2008   NF
3-27-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT