# United States District Court

## Northern District of Illinois

Eastern Division

Charles Thomas                                   **JUDGMENT IN A CIVIL CASE**

      v.                                        Case Number: 08 C 1783

Circuit Court of Cook County

☐    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■    Decision by Court. This action came before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the complaint is dismissed for lack of federal jurisdiction.

                                                          Michael W. Dobbins, Clerk of Court

Date: 6/26/2008                                        _____

                                                           /s/ Wanda A. Parker, Deputy Clerk